SCWC-28315

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————————————

KEE SUN KIM,
Respondent/Claimant/Appellant/Appellee-Appellee,

vs.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,
Petitioner/Respondent/Appellee/Appellant-Cross-Appellee,

and

J.P. SCHMIDT, Insurance Commissioner,
Department of Commerce and Consumer Affairs,
Respondent/Appellee/Appellee-Cross-Appellant.

———————————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIVIL NO. 06-1-0994)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, J., for the court[1])


Petitioner/Respondent/Appellee/Appellant-Cross-Appellee

Liberty Mutual Fire Insurance Company's application for writ of

---

[1]  Considered by:  Nakayama, Acting C.J., Acoba, Duffy, and McKenna, JJ., and Circuit Judge Chang, in place of Recktenwaltd, C.J., recused.

certiorari, filed on March 16, 2011, is accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, April 27, 2011.

FOR THE COURT:

/s/ Sabrina S. McKenna

Associate Justice



MATSUI, CHUNG & IKEHARA
Randall Y.S. Chung
James H. Monma, for
Petitioner/Respondent/Appellee/Appellant-
Cross-Appellee, Liberty Mutual
Fire Insurance Company